# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY A. HARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-CV-5-AGF |
| | ) | |
| JOHN JORDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM AND ORDER</u>

On June 26, 2014, plaintiff was ordered to inform the Court, in writing and within twenty (20) days, as to whether or not he is currently incarcerated at the Cape Girardeau County Jail. If plaintiff is incarcerated at another penal institution, he was ordered to also provide the Court with the name and address of said facility. On July 1, 2014, plaintiff sent the Court a letter, stating:

> This is to inform the Court of a change in the plaintiff's address. Plaintiff's new address is: 122 E. Mary St., Jackson, MO 63755.

[Doc. #18]. The Court notes that the said "new address" is the same address that plaintiff used when filing his amended complaint on June 11, 2014 [Doc. #16]. On page one of the amended complaint, however, plaintiff also stated that he was presently confined at the Cape Girardeau County Jail. As such, plaintiff is advised that he has not yet complied with the Court's Order of June 26, 2014. Plaintiff must

still inform the Court, in writing and within twenty (20) days of the date of the June 26, 2014 Order, if he is currently incarcerated at the Cape Girardeau County Jail. If plaintiff is incarcerated at another penal institution, he shall also provide the Court with the name and address of said facility.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall comply with the Court's June 26, 2014 Order, and if he fails to do so, the Court will dismiss this action, without prejudice and without further notice to him.

Dated this 3rd day of July, 2014.

_Audrey G. Fleissig_

UNITED STATES DISTRICT JUDGE