UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY A. HARKER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:14-CV-00005-AGF |
| JOHN JORDAN, et al., | ) ) | **PRO BONO VOLUNTEER SERVICE PANEL APPOINTMENT** |
| Defendants. | ) ) ) | |

## ORDER

This matter is before the Court upon Plaintiff's motion for appointment of counsel. Plaintiff, an inmate at the Cape Girardeau County Jail, filed this 42 U.S.C. § 1983 action pro se on January 17, 2014. Plaintiff moved for leave to proceed in forma pauperis and for appointment of counsel. (Docs. No. 2 & 6.) On May 9, 2014, the Court granted Plaintiff's motion to proceed in forma pauperis and denied Plaintiff's motion for appointment of counsel without prejudice. (Doc. No. 15.) Plaintiff thereafter filed an amended complaint, which the Defendants have answered. (Docs. No. 16 & 26.)

On November 17, 2014, Plaintiff filed the following motions: a motion for a complete copy of the file in this case (Doc. No. 29), a motion for a temporary injunction to preliminarily enjoin certain policies of the Cape Girardeau County Jail which, according to Plaintiff, limit inmates' access to incoming mail and e-mail (Doc. No. 30), and a motion for access to an adequately furnished law library (Doc. No. 31).

In light of these motions, particularly the motion for a preliminary injunction, and upon review of the record in this case, the Court is of the opinion that the appointment of

counsel at this time would best serve the interests of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for appointment of counsel is **GRANTED**. The Clerk of the Court shall appoint counsel pursuant to the Plan for the Appointment of Pro Bono Counsel. A separate Notice of Appointment of Pro Bono Counsel shall be entered by the Clerk.

**IT IS FURTHER ORDERED** that all of Plaintiffs' pending motions are **DENIED without prejudice** to refiling by appointed counsel as appropriate. (Docs. No. 29, 30 & 31.)

```
                                    _____
                                    AUDREY G. FLEISSIG
                                    UNITED STATES DISTRICT JUDGE
```

Dated this 25th day of November, 2014.