UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY A. HARKER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:14CV-00005-AGF |
| | ) |
| JOHN JORDAN, T.C. STEVENS, JAMES MULCAHY and RUTH ANN DICKERSON, | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO STAY FURTHER PROCEEDINGS**

COME NOW the parties by their respective attorneys and move this Court to stay further proceedings in the case and in support of the motion states:

1. This Honorable Court entered its Memorandum and Order of February 26, 2016 (Doc. 63) dismissing all claims against Defendants except the official capacity claims challenging the Postcard Only Policy.

2. That currently pending in the United States District Court for the Eastern District of Missouri is the case of *Simpson v. The County of Cape Girardeau,* Case Number 1:14CV00013CEJ, which has been tried to the Court and is waiting a decision from Judge Jackson.

3. Judge Jackson's decision in *Simpson* may have a significant impact upon this case as the facts are similar in nature and may therefore resolve the issues before this

Court.

4. Additionally, the Plaintiff Jeffrey Harker, since November of 2015, has been incarcerated in the Missouri Department of Corrections and will be there for a period of time and is now not subject to the Postcard Only Policy of the Cape Girardeau County Jail.

IT IS THEREFORE RESPECTFULLY SUBMITTED, that the Court at this time stay further proceedings, including setting this case for trial, until there is a resolution of the *Simpson* case.

BRYAN CAVE LLP

By: /s/ Thor T. Mathison
Veronica A. Gioia #42223
Thor T. Mathison #63630
One Metropolitan Square
211 N. Broadway Ste. 3600
St. Louis, MO 63102
314-259-2932
vagioia@bryancave.com
thor.mathison@bryancave.com
ATTORNEYS FOR PLAINTIFF

SPRADLING & SPRADLING

By [signature]
A.M. Spradling, III #23702
1838 Broadway, P.O. Drawer 1119
Cape Girardeau, MO 63702-1119
(573)335-8296  Fax:(573)335-8525
spradlaw@swbell.net
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I
I hereby certify that on 10th day of March, 2015, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:
Ms. Veronica A. Gioia      vagioia@bryancave.com
Mr. Thor T. Mathison       thor.mathison@bryancave.com

I hereby certify that on 10th day of March, 2015, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing:

SPRADLING & SPRADLING

By: [signature]