UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY A. HARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-CV-00005-AGF |
| | ) | |
| JOHN JORDAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter is before the Court on the parties' joint motion to stay further

proceedings pending the resolution of another case filed in this District, *Simpson v.*

*County of Cape Girardeau*, Case No. 1:14-cv-00013-CEJ, which has been tried and is

awaiting decision, and which the parties assert may have a significant impact upon this

case.

Upon consideration of the parties' motion and the claims at issue in *Simpson*,

**IT IS HEREBY ORDERED** that the parties' joint motion to stay further

proceedings is **GRANTED in part**.  (Doc. No. 64.)  All proceedings in this case shall be

**STAYED** for a period of **60 days** from the date of this Order.

**IT IS FURTHER ORDERED** that, on or before **May 10, 2016**, the parties shall

file a status report advising the Court of the status of *Simpson v. County of Cape*

*Girardeau*, Case No. 1:14-cv-00013-CEJ.  Upon receipt of the status report, the Court

will schedule a telephone conference with the parties to discuss the status of this case and

to determine whether a further stay is appropriate.


AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2016.