**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JEFFREY A. HARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14-CV-00005-AGF |
| | ) | |
| JOHN JORDAN, T.C. STEVENS, JAMES | ) | |
| MULCAHY and RUTH ANN DICKERSON, | ) | |
| in their individual and official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION TO LIFT STAY**

Plaintiff Jeffrey A. Harker ("Plaintiff") submits the following response to Defendants' Motion to Lift Stay:

1. On May 24, 2016, this Court entered an order staying these proceedings pending the resolution of *Simpson v. County of Cape Girardeau*, No. 1:14-cv-00013. Doc. 69. The parties stipulated that they would abide by that decision and would not attempt to distinguish the Simpson ruling from the case at bar. Doc. 68.

2. On August 16, 2016, Judge Jackson entered judgment against the plaintiff in *Simpson*.

3. Based on the undersigned counsel's conversations with plaintiff's counsel in the *Simpson* case, it is Plaintiff's understanding that the *Simpson* plaintiff may pursue an appeal of the judgment in that case. Barring the filing of any pre-appeal motions for reconsideration that would extend the time for appeal (*see* Fed. R. App. P. 4(A)(vi)), the deadline for an appeal in the *Simpson* case will run in approximately two weeks.

4.       To avoid a multiplicity of litigation, Plaintiff requests that the Court continue the current stay until any appeal in *Simpson* has run its course or until the deadline to appeal in *Simpson* has passed without the plaintiff's filing of a notice of appeal.

5.       Plaintiff is no longer a pretrial detainee at Cape Girardeau County Jail. If the Court continues the current stay in these proceedings, Defendants will not suffer any prejudice in light of the existing judgment in *Simpson*, although the reversal of the *Simpson* judgment on appeal would affect the substantial rights of Plaintiff in this action.

## CONCLUSION

Plaintiff Jeffrey A. Harker respectfully requests that the Court deny Defendants' Motion to Lift Stay and maintain the current stay pending the resolution of any appeal in the Simpson action.

Dated: August 31, 2016                        Respectfully submitted,

**BRYAN CAVE LLP**

By:   /s/ *Jonathan B. Potts*
Veronica A. Gioia, #42223
Jonathan B. Potts, #64091MO
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
(314) 259-2020 (facsimile)
vagioia@bryancave.com
jonathan.potts@bryancave.com

Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record by operation of the Court's CM/ECF system this 31st day of August, 2016.

                                                                   */s/ Jonathan B. Potts*